■ In the Matter of GLORIA D. SCHWARTZ, Appellant, v. GILBERT S. SCHWARTZ, Respondent.— In a proceeding to obtain custody of the children of the parties and for other incidental relief, the petitioner appeals from an order of the Supreme Court, Westchester County, dated September 6, 1960, dismissing her petition and awarding custody to respondent, after a nonjury trial. Appeal discontinued, without costs, upon the stipulation of the parties, dated December 19, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of RUTH T. WISE, Respondent, v. WALTER G. MICHAELIS et al., Constituting the Board of Zoning Appeals of the Town of Hempstead, Appellants.— In a proceeding under article 78 of the Civil Practice Act, to review a determination of the Board of Zoning Appeals of the Town of Hempstead, denying petitioner's application for a permit to use a portion of a residence building for the practice of hairdressing and cosmetology, the board appeals from an order of the Supreme Court, Nassau County, dated May 31, 1960, annulling its determination and directing it to issue the permit. Order affirmed, with costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ALBERT S. KLECKNER, Doing Business as A. S. K. COLLECTION SERVICE, Appellant, v. JULIUS LEVINE, Respondent.— In an action against an attorney for an accounting and incidental relief, in which defendant has interposed a counterclaim for an accounting, plaintiff appeals from an order of the Supreme Court, Kings County, dated July 21, 1960, which denied his motion for summary judgment and conditionally granted defendant's cross motion to preclude the plaintiff from offering evidence upon the trial as to the matters alleged in the complaint, by reason of plaintiff's failure to furnish a bill of particulars pursuant to a demand. Order modified: (1) by striking out its first decretal paragraph denying plaintiff's motion for summary judgment; (2) by substituting therefor a provision granting such motion to the extent of directing summary judgment in favor of plaintiff for an accounting only; (3) by striking out the second decretal paragraph granting defendant's cross motion to preclude; and (4) by substituting therefor a provision denying such motion. As so modified, order affirmed, with $10 costs and disbursements to appellant. Where an attorney collects money and retains it, he is bound to render an account thereof to the client when called upon to do so (*Matter of Ernst,* 54 App. Div. 363). In advance of such account, the client is not required to furnish a bill of particulars (*Moore* v. *Reinhardt,* 132 App. Div. 707). Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ MARGARET KOWNACK, Respondent, v. JOHN SCHROEDEL, Appellant.— In an action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Nassau County, dated June 23, 1960, granting plaintiff's motion for summary judgment, striking out the answer and ordering an assessment of damages (Rules Civ. Prac., rule 113). Order reversed, with $10 costs and disbursements, and motion denied. In our opinion, issues of fact are presented which should be resolved after trial. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.